# UNITED STATES DISTRICT COURT
## District of Minnesota

Jorge Gonzalo Achote Mancero,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood, Department of Homeland Security,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-381 (DSD/ECW)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226;
2. Respondents shall provide petitioner a bond hearing in accordance with 8 U.S.C. § 1226(a)(2)(A) within seven days of the date of this order; and
3. Respondents are enjoined from removing, transferring, or otherwise facilitating the removal of petitioner from the District of Minnesota before the bond hearing.

Date: 1/26/2026

KATE M. FOGARTY, CLERK